JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-6833
    Facsimile:     (415) 436-7234
    Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0621 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) | |
| ) | |
| ANTONIO MARCO QUINTANILLA, ) | |
| ) | |
| Defendant. ) | |

    On September 22, 2008, the parties were scheduled to appear before the Court for trial setting.  The defendant was accidentally not transported to the Court for this hearing.  The Court set October 20, 2008 for a continued trial setting date.  Based on the trial schedule of counsel for defendant, the Court agreed to exclude all time under the Speedy Trial Act between September 22, 2008 and October 20, 2008 for effective preparation and continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court agreed that the ends of justice served by granting such a continuance for effective preparation and continuity of counsel outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

1  SO STIPULATED:

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

DATED: September 22, 2008           /s/
                                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                    KATHERINE B. DOWLING
                                    Assistant United States Attorney


DATED: September 22, 2008           /s/
                                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                    STEVEN KALAR
                                    Attorney for Defendant


   Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, the Court finds that exclusion of time from September 22, 2008 through October 20, 2008, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: 9/23/2008                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                    HON.
                                    United

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0621 MHP                                                                               2