JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-6833
   Facsimile:     (415) 436-7234
   Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0621 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) | |
| ) | |
| ANTONIO MARCO QUINTANILLA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    On October 20, 2008, the parties appeared before the Court for trial setting. A new date of November 24, 2008, was set for a status conference and/or trial setting.  The Court agreed to exclude all time under the Speedy Trial Act between October 20, 2008 and November 24, 2008, for effective preparation and continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court agreed that the ends of justice served by granting such a continuance for effective preparation and continuity of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).  Based on the exclusion of time through November 24, 2008, defendant's speedy trial date will be January 30, 2008.

1  SO STIPULATED:

2
3                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
4
5  DATED: October 23, 2008                        /s/
                                           KATHERINE B. DOWLING
6                                          Assistant United States Attorney

7
8  DATED: October 23, 2008                        /s/
                                           STEVEN KALAR
9                                          Attorney for Defendant

10

11      Failure to grant an exclusion of time for the requested continuance would deny counsel for
12 defendant reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(8)(B)(iv).
13 Therefore, the Court finds that exclusion of time from October 20, 2008 through November 24,
14 2008, is warranted because the ends of justice served by the exclusion of time outweigh the best
15 interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

16

17 SO ORDERED.

18

19 DATED: 11/14/2008

20                                         HON. MARILYN H. PATEL
                                           United States District Judge
21

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*