| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | KATHERINE B. DOWLING (CABN 220767)<br>Assistant United States Attorney |

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-6833
    Facsimile:     (415) 436-7234
    Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-0621 MHP |
|     Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUANCE OF SENTENCING HEARING |
|     v. | ) | |
| ANTONIO MARCO QUINTANILLA, | ) | |
|     Defendant. | ) | |

    On November 25, 2008, defendant pled guilty in an open plea to the Court. Defendant was scheduled to be sentenced on March 2, 2009.  The parties jointly request and the probation officer has agreed to continue the date of the sentencing hearing to March 16, 2009, in order to allow the probation officer time to complete the presentence investigation report.

//

//

//

STIP. & [PROPOSED] ORDER CONTINUING SENTENCE
CR 08-0621 MHP                                                                                                            1

1  SO STIPULATED:

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

5  DATED: February 23, 2009            _____/s/_____
                                       KATHERINE B. DOWLING
                                       Assistant United States Attorney

8  DATED:February 23, 2009             _____/s/_____
                                       STEVEN KALAR
                                       Attorney for Defendant

11     For good cause shown the Court hereby orders that the sentencing hearing will be continued from March 2, 2009 to March 16, 2009 at 9:00 am.

15  SO ORDERED.

17  DATED: _2/24/2009_____

    IT IS SO ORDERED
    HON_____PATEL
    United
    Judge Marilyn H. Patel

    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

STIP. & [PROPOSED] ORDER CONTINUING SENTENCE
CR 08-0621 MHP                                                                 2